IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES CUMMINGS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:11CV00524 SWW |
| | * | |
| UNION PACIFIC RAILROAD CO., | * | |
| | * | |
| | * | |
| Defendant. | * | |

**Order of Dismissal**

Before the Court is the parties' joint motion for dismissal of this case with prejudice.

The motion [docket entry 21] is granted. Plaintiff's complaint is dismissed with prejudice.

SO ORDERED this 12th day of March, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE